UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DENNIS CAMPBELL,**

      **Plaintiff,**

v.                                       Case No: 8:24-cv-02862-MSS-NHA

**AIVA GLOBAL, INC., JAMES MULLER, and MARIA SHELTON,**

      **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. Defendants James Muller ("Muller") and Maria Shelton ("Shelton") (collectively, "Defendants") filed a Notice of Appeal on October 1, 2025. (Dkt. 29) Defendants appeal the Court's Order dated September 29, 2025 (the "September 29 Order"), (Dkt. 27), to the extent the Court: held that that the arbitration clause at issue does not apply to Defendants, held that Defendants may not invoke the arbitration clause's terms to compel arbitration, and denied a stay of proceedings as to Counts V-VIII. (Dkt. 29)

"When a federal district court denies a motion to compel arbitration, the losing party has a statutory right to an interlocutory appeal." Coinbase, Inc. v. Bielski, 599 U.S. 736, 738, 143 S. Ct. 1915, 1918, 216 L. Ed. 2d 671 (2023) (citing 9 U.S.C. § 16(a)). A district court must stay its proceedings during the pendency of an interlocutory appeal of the district court's denial of a motion to compel arbitration. Id.

Accordingly, the Court hereby **STAYS** proceedings as to Counts V-VIII during the pendency of Defendants' appeal of the September 29 Order. Defendants are **ORDERED** to respond to Counts V-VIII within **twenty-one (21) days** of the termination of the pendency of Defendants' appeal of the September 29 Order unless either the September 29 Order is reversed or Plaintiff consents to arbitration of the claims advanced in Counts V-VIII. If the September 29 Order is reversed or Plaintiff consents to arbitration of the claims advanced in Counts V-VIII, the Parties shall file a joint notice advising the Court of how this case should proceed within **seven (7) days** of that occurrence.

The Clerk is directed to administratively **CLOSE THIS CASE**.

**DONE and ORDERED** in Tampa, Florida this 9th day of October 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party